UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR416-150

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| --- | --- | --- |
| | ) | |
| | ) | VIO: 18 U.S.C. § 1341 |
| | ) | Mail Fraud |
| v. | ) | Counts 1 – 12 |
| | ) | |
| | ) | 18 U.S.C. § 1343 |
| | ) | Wire Fraud |
| | ) | Counts 13 - 97 |
| | ) | |
| COREY MEGILL BROWN | ) | Forfeiture Allegation |
| | ) | Wire Fraud |

## PENALTY CERTIFICATION

| Count(s)/Charge | Statutory Penalty |
| --- | --- |
| Counts 1 - 12<br><br>18 U.S.C.§1341 | Not more than 20 years imprisonment; a fine of not more than $250,000, or both; a term of supervised release of not more than 5 years; and a $100 special assessment. |
| Counts 13 - 96<br><br>18 U.S.C. §1343 | Not more than 20 years imprisonment; a fine of not more than $250,000, or both; a term of supervised release of not more than 5 years; and a $100 special assessment. |

23

EDWARD J. TARVER
UNITED STATES ATTORNEY

*(signed)* Carlton R. Bo[urne]
_____
Carlton R. Bourne, Jr.
Assistant United States Attorney
SC Bar No: 007868

P.O. Box 8970
Savannah, GA 31401
912-652-4422