| U. S. MAGISTRATE JUDGE G. R. SMITH<br>UNITED STATES COURTHOUSE<br>125 BULL STREET<br>SAVANNAH, GEORGIA | CASES BELOW CALLED FOR:<br>INITIAL APPEARANCE AND<br>ARRAIGNMENT |
|---|---|

## SAVANNAH CRIMINAL CALENDAR

### WEDNESDAY, MAY 18, 2016

### 9:00 A. M.

| CASE NO. | DEFENDANT | VIOLATION | ATTORNEY |
|---|---|---|---|
| 4:16CR150 | COREY M. BROWN | MAIL FRAUD, ETC. | |

DISTRIBUTION DATE: MAY 4, 2016

U. S. MAGISTRATE JUDGE
U. S. ATTORNEY
U. S. MARSHAL
U. S. PROBATION
U. S. CLERK
COURT SECURITY